UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CARDONA-RAMIREZ, et *al.*,<br><br>Defendants. | Case No. 1:10-CR-221-BLW<br><br>**ORDER** |

The Court has before it Defendant's Motion to Continue Trial (Dkt. 23). Defendant states that counsel needs additional time to do investigation, review discovery, and prepare for trial. Defendant requests and additional 60 days.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). The statements of defense counsel establish that the trial should be reset on January 10, 2011 at 1:30 p.m. at the United States Courthouse in Bosie, Idaho. The

Court finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act.

Co-defendant Victoria Villa-Gonzalez has not moved for a continuance. However, he has not opposed the motion. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court finds that the excludable time found for the defendant moving for a continuance also applies to the co-defendant. Thus, Defendant Victoria Villa-Gonzalez will have trial moved to January 10, 2011 as well. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Continue Trial (Dkt. 23) shall be, and the same is hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for **January 10, 2011 at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **December 14, 2010 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line. The Court recognizes that this may be a little early for

the trial readiness conference, but counsel for Victoria Villa-Gonzalez has informed the Court that is not available the following two weeks. A second trial readiness conference may be necessary at a later date.

IT IS FURTHER ORDERED that all pretrial motions shall be filed on or before **November 30, 2010**.

DATED:  **October 14, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge